IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | |
| RAY A BOHANAN ) | Case No. 13-15540-NLJ |
| TERESA A BOHANAN ) | |
| Debtors. ) | Chapter 13 |

## AMENDED CERTIFICATE OF SERVICE

This is to certify that on the 26th day of March, 2015, a true and correct copy of the **Motion to Retain Tax Refund, with Brief in Support and Notice of Opportunity for Hearing,** [Document No. 52] filed on the 26th day of March, 2015 was forwarded via U.S. Mail, first class, postage prepaid, to the following:

All creditors on the attached mailing matrix.

/s/ Tearsa Storms Olson
Tearsa Storms Olson, OBA# 30265

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 13-15540<br>Western District of Oklahoma<br>Oklahoma City<br>Wed Mar 25 17:18:55 CDT 2015 | Bank of the West<br>c/o Kari Hoffines<br>Crowe & Dunlevy<br>20 N. Broadway<br>Suite 1800<br>Oklahoma City, OK 73102-9213 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | ADT<br>800 N Broadway Ave<br>Oklahoma City OK 73102-6009 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| AT&T<br>PO box 537104<br>Atlanta GA 30353-7104 | Bank of the West<br>2527 Camino Ramon<br>San Ramon CA 94583-4213 | Cab1/bstby<br>PO Box 6497<br>Sioux Falls SD 57117-6497 |
| Cap One<br>PO Box 30265<br>Salt Lake City UT 84130 | Cap1/bstby<br>PO Box 6497<br>Sioux Falls SD 57117-6497 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Chase<br>PO Box 15298<br>Wilmington DE 19850-5298 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Ge Crb/p66<br>PO Box 20363<br>Kansas City MO 64195-0363 | Gerb/jcp<br>PO Box 103104<br>Roswell GA 30076-9104 | Gercrb/sams Club<br>PO Box 103104<br>Roswell GA 30076-9104 |
| Gercrb/sams Club Dc<br>PO Box 103104<br>Roswell GA 30076-9104 | Kohls/capone<br>N56 W 17000<br>Ridgewood Dr<br>Menomonee Falls WI 53051 | Kohls/capone<br>PO Box 20507<br>Kansas City MO 64195-0507 |
| Michael Bohanan<br>7700 NW 28th Street<br>Bethany OK 73008-4422 | Michael Bohanon<br>7700 NW 28th Street<br>Bethany OK 73008-4422 | (p)OCOM<br>PO BOX 890609<br>OKLAHOMA CITY OK 73189-0609 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group, LLC<br>P.O. Box 788<br>Kirkland, Washington 98083-0788 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sallie Mae<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | Sallie Mae<br>PO BOX 9655<br>Wilkes Barre PA 18773-9655 |

```
TD BANK USA, N.A.                      Td Bank Usa/targetcard                Thd/cbna
C O WEINSTEIN,PINSON AND RILEY, PS     PO Box 673                            Attn Centralized Bankruptcy
2001 WESTERN AVENUE, STE 400           Minneapolis MN 55440-0673             PO Box 20507
SEATTLE, WA 98121-3132                                                       Kansas City MO 64195-0507


Tinker FCU                             Tinker FCU                            U.S. Trustee
4140 W I-40 Service Rd                 PO Box 45750                          United States Trustee
Oklahoma City OK 73108-2066            Oklahoma City OK 73145-0750           215 Dean A. McGee Ave., 4th Floor
                                                                             Oklahoma City, OK 73102-3444


Wells Fargo Bank  N A                  Wells Fargo Bank NA                   Wells Fargo Bank NA
Wells Fargo Education Financial Services   PO Box 10438                      Wells Fargo Education Financial Services
301 E 58th Street N                    Des Moines IA 50306-0438              301 E 58th Street N
Sioux Falls  SD 57104-0422                                                   Sioux Falls SD 57104-0422


Wells Fargo Bank, N.A.                 Wells Fargo Ed Fin Svc                Wells Fargo Ed Fin Svc
1 Home Campus, MAC X2303-01A           Banruptcy MAC X2303-01A               PO Box 5185
Des Moines, IA 50328-0001              PO Box 41169                          Sioux Falls SD 57117-5185
                                       Des Moines IA 50311


Wells Fargo Financial Oklahoma,  Inc.  Wells Fargo/Nationwide                Wff Cards
PO Box 10317                           800 Walnut Street                     PO Boxes 10438
Des Moines, IA 50306-0317              Des Moines IA 50309-3891              Des Moines IA 50306-0438


John T. Hardeman                       Ray A Bohanan                         Tearsa Storms Olson
PO Box 1948                            7700 NW 28th Street                   Storms Law Office
Oklahoma City, OK 73101-1948           Bethany, OK 73008-4422                2400 NW 23rd St., Ste. 102
                                                                             Oklahoma City, OK 73107-2438


Teresa A Bohanan
7700 NW 28th Street
Bethany, OK 73008-4422
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citi Shell                             Oklahoma Center for Ortho             Portfolio Recovery Associates, LLC
PO Box 20507                           8100 South Walker Avenue Ste C        POB 41067
Kansas City MO 64195                   Oklahoma City OK 73139                Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Tinker Federal Credit Union

End of Label Matrix
Mailable recipients    48
Bypassed recipients     1
Total                  49