

**Dated: October 8, 2015**

**The following is ORDERED:**

Janice D. Loyd
U.S. Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RAY A BOHANAN | ) | Case No. 13-15540 |
| TERESA A BOHANAN | ) | Chapter 13 |
|     Debtors. | ) | |

### ORDER GRANTING DEBTOR'S AMENDED MOTION TO RETAIN TAX REFUND

Upon representation of Debtor's Counsel, the Debtors herein filed their *Amended Motion to Retain Tax Refund with Brief in Support and Notice of Opportunity for Hearing* on September 4, 2015, and notice thereof was served to all parties in interest requesting notice and to the Trustee pursuant to Local Bankruptcy Rule 9007, and no party has filed any timely objection or otherwise appeared in opposition to the said Motion, and the period for filing any such objection expired on September 25, 2015 and the relief requested is consistent with applicable provisions of Title 11 of the United States Code; the Debtors have established good and sufficient cause to grant said relief, and their request should be sustained.

IT IS THEREFORE ORDERED by the Court that the Motion to Tax Refund be sustained and this Court hereby orders as follows to-wit:

1. Debtors shall retain their federal and state income tax refunds for 2014.

**All findings of fact are based upon representation of counsel for Debtor.**

IT IS SO ORDERED.

###

Approved for Entry:

/s Tearsa Storms Olson
Tearsa Storms Olson   OBA#30264
2400 NW 23rd St., Suite 102
Oklahoma City, OK 73107
Telephone: (405) 582-0012
Fax: (405) 212-4872
Email: tearsastorms@gmail.com
Attorney for Debtor

s/ Linda Ruschenberg
Linda Ruschenberg, OBA #12842
321 Dean A. McGee Avenue
P.O. Box 1948
Oklahoma City, OK  73101-1948
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (fax)
Attorney for Trustee